IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:05-CR-77

TIM LAYDEN,                          )
                                     )
v.                                   )
                                     )
UNITED STATES,                       )
                                     )    O R D E R
_____    )

This matter is before the Court on Petitioner's Motion for a Sentence Reduction for his

2006 crack related conviction pursuant to The Fair Sentencing Act of 2010 (FSA).

A court may reduce a defendant's sentence if the Sentencing Commission has

subsequently lowered a defendant's sentencing guideline range. 18 U.S.C. § 3582(c)(2). The

FSA reduces the federal criminal penalties for crack cocaine and powder cocaine offenses by

lowering the gram-penalty ratio from 100:1 to 18:1. On June 30, 2011, the United States

Sentencing Commission voted to give retroactive effect to its amendment to the United States

Sentencing Guidelines implementing the FSA. Retroactivity of the amendment will become

effective on November 1, 2011, unless Congress acts to disapprove the amendment. The Court

will thus DISMISS Petitioner's motion without prejudice, and Petitioner can re-file his motion

after November 1, 2011.

SO ORDERED, this ⟨5⟩ day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1