IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05-CR-77-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY RAY LAYDEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to terminate his supervised release [DE 36]. The motion is DENIED.

Defendant originally filed a pro se motion to terminate his release early on July 17, 2017. [DE 36]. This Court appointed a Federal Public Defender to represent him in that proceeding on December 21, 2017. On December 22, 2017, however, this Court issued a warrant for defendant's arrest following a motion for revocation by the U.S. Probation Office, as a true bill of indictment had been returned against defendant on December 13, 2017 for possession of a firearm by a felon. Defendant is currently detained pending his revocation hearing.

Under these circumstances, the Court DENIES Defendant's request for early termination.

SO ORDERED, this ___9___ day of January, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE